| | |
|---|---|
| Ryan W. Koppelman (SBN 290704)<br>**Alston & Bird LLP**<br>350 S. Grand St., 51st Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 576-1000<br>ryan.koppelman@alston.com<br><br>*Attorneys for Plaintiffs* | Jason D. Rosenberg (admitted *PHV*)<br>Uly S. Gunn (admitted *PHV*)<br>**Alston & Bird LLP**<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>Telephone: (404) 881-7000<br>jason.rosenberg@alston.com<br>sam.gunn@alston.com |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CP WILLIAM LLC AND CHRISTOPHER WILLIAM POWELL,<br><br>　　　　　Defendant. | Case No. 2:24-CV-01586-WBS-DB<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO TAKE OFF CALENDAR THE PRETRIAL SCHEDULING CONFERENCE BASED ON PENDING MOTION FOR DEFAULT JUDGEMENT** |

　　　Plaintiffs Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc. (collectively, "Nutramax") have moved this Court (Dkt. 20) for entry of an order to take off calendar the October 7th Pretrial Scheduling Conference and all related deadlines until after a ruling on Nutramax's pending Motion for Default Judgment (Dkt. 13). Having read and considered Nutramax's Motion, it is hereby **GRANTED**.

　　　The Pretrial Scheduling Conference scheduled for October 7, 2024 is hereby continued to **February 10, 2025 at 1:30 p.m.,** pending ruling on Nutramax's Motion for Default Judgment as to Defendant CP William LLC.

///

///

IT IS SO ORDERED.

Dated:  September 27, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Order prepared by:

/s/ Uly S. Gunn
Ryan W. Koppelman (SBN 290704)
**Alston & Bird LLP**
350 S. Grand St., 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
ryan.koppelman@alston.com

Jason D. Rosenberg (admitted *PHV*)
Uly S. Gunn (admitted *PHV*)
**Alston & Bird LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
jason.rosenberg@alston.com
sam.gunn@alston.com

*Attorneys for Plaintiffs*