UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRAMAX LABORATORIES, INC., et al., | No. 2:24-cv-1586 WBS SCR |
| Plaintiffs, | |
| v. | ORDER |
| CP WILLIAM LLC, | |
| Defendant. | |

  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

  On November 5, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 23. Neither party has filed objections to the findings and recommendations.

  The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

  1. The findings and recommendations (ECF No. 23) filed November 5, 2024, are adopted in full;

1

1    2. Plaintiffs' Motion for Default Judgment and Permanent Injunction (ECF No. 13) is
2    GRANTED.
3    3.   The Court orders the following permanent injunctive relief:
4         a.   Defendant CP William LLC and his respective agents, servants, employees,
5              and/or all persons acting in concert or participation with Defendant who have
6              actual notice of this Order are hereby enjoined and restrained from:
7              i.   using Nutramax's trademarks (including, but not limited to, the
8                   NUTRAMAX LABORATORIES, CONSEQUIN, and PROVIABLE
9                   marks) or colorable imitations thereof in connection with the distribution,
10                  marketing, advertising, or sale of any Nutramax product that Nutramax has
11                  not authorized to be sold to or by Defendant;
12             ii.  passing off, inducing, or enabling others to sell or pass off any product as a
13                  genuine Nutramax product that has not been produced under the
14                  authorization, control, or supervision of Nutramax and approved by
15                  Nutramax for sale to or by Defendant; and
16             iii. shipping, delivering, transferring, moving, storing, distributing, returning,
17                  or otherwise disposing of, in any manner, products or inventory not
18                  authorized by Nutramax to be sold to or by Defendant.
19       b.   Additionally, Defendant CP William LLC and his respective agents, servants,
20            and employees shall forthwith:
21            i.   permanently remove all of Defendant's product listings for any Nutramax
22                 products (including, but not limited to, Consequin® or Proviable®
23                 products), and thereafter prohibit Defendant from ever relisting or offering
24                 for sale any Nutramax products;
25            ii.  permanently remove any and all advertisements used by or associated with
26                 Defendant in connection with the sale of any Nutramax products; and
27            iii. deliver to Nutramax or destroy, at Nutramax's discretion, all Nutramax
28                 products in Defendant's possession or held on behalf of Defendant.

1  IT IS SO ORDERED.

2  Dated:  December 16, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE